Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Nelson A. Campbell (SBN 357579)
ncampbell@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN/BRATTRUD, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Chris Cooper, by and through his undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff Chris Cooper ("Cooper") is an individual residing and doing business in the state of New York. Cooper is an award-winning commercial photographer noted for his iconic architectural and interior magazine covers, editorial images and advertising spreads, who has worked with many of the industry's most distinguished architects and designers.

5. Cooper is informed and believes and thereon alleges that Defendant Martin/Brattrud, Inc. ("Brattrud") is a California corporation with its principal place of business located at 1224 W 132nd St, Gardena, CA 90247, who conducts business in and with the instant forum.

6. Upon information and belief, Defendants DOES 1 through 10, inclusive (collectively, "Doe Defendants") (altogether with Brattrud, "Defendants"), are other parties who have infringed Cooper's copyright, have contributed to the infringement of Cooper's copyright, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Doe Defendants 1 through 10, inclusive, are presently unknown to Cooper, who therefore sues said Doe Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Cooper is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Cooper's rights and the damages proximately caused thereby.

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH A

8. Cooper composed and owns an original photograph entitled A&E01, that was registered with the United States Copyright Office on March 22, 2023 ("**Subject Photograph A**"). Cooper is the sole owner of the exclusive rights to Subject Photograph A.

9. Cooper is informed and believes and thereon alleges that following his publication and display of Subject Photograph A, Brattrud used Subject Photograph A without Cooper's authorization for commercial purposes in various ways, including, but not limited to, the use on the website www.martinbrattrud.com, ("**Offending Content A**").

/ / /
/ / /
/ / /

10. Subject Photograph A and screen captures of Brattrud's website depicting Offending Content A are depicted below:

**Subject Photograph A:**



**Offending Content A**



https://martinbrattrud.com/products/product-series/kurve

**CLAIMS RELATED TO SUBJECT PHOTOGRAPH B**

1       11.    Cooper composed and owns an original photograph entitled A&E03, that was registered with the United States Copyright Office on March 22, 2023 ("**Subject Photograph B**"). Cooper is the sole owner of the exclusive rights to Subject Photograph B.

      12.    Cooper is informed and believes and thereon alleges that following its publication and display of Subject Photograph B, Brattrud used Subject Photograph B without Cooper's authorization for commercial purposes in various ways, including, but not limited to, the use on the website www.martinbrattrud.com, ("**Offending Content B**").

      13.    Subject Photograph B and screen captures of Brattrud's website depicting Offending Content B are depicted below:

/ / /

/ / /

/ / /

**Subject Photograph B**



**Offending Content B**



https://martinbrattrud.com/products/product-series/kurve

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH C

14. Cooper composed and owns an original photograph entitled A&E05, that was registered with the United States Copyright Office on March 22, 2023 ("**Subject Photograph C**"). Cooper is the sole owner of the exclusive rights to Subject Photograph C.

15. Cooper is informed and believes and thereon alleges that following its publication and display of Subject Photograph C, Brattrud used Subject Photograph C without Cooper's authorization for commercial purposes in various ways, including, but not limited to, the use on the website www.martinbrattrud.com, ("**Offending Content C**").

16. Subject Photograph C and screen captures of Brattrud's website depicting Offending Content C are depicted below:

/ / /

/ / /

/ / /

**Subject Photograph C**



**Offending Content C**



https://martinbrattrud.com/products/product-series/kurve

17. In July 2024, Cooper sent correspondence to Brattrud requesting that it cease-and-desist from its use of Offending Content A, B, and C and provide Cooper with information regarding those uses so that the parties could explore an amicable pre-litigation resolution. Bratturd failed to respond.

18. Bratturd continued to display Offending Content A, B, and C through the date of this Complaint, as shown in the above screenshots with the corresponding url last accessed on the date of filing this complaint.

## CLAIM FOR RELIEF

**(For Copyright Infringement – Against all Defendants)**

19. Cooper repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

20. Cooper is informed and believes and thereon alleges that Defendants, and each of them, had access to Subject Photograph A, Subject Photograph B, and Subject Photograph C ("Subject Photographs") including, without limitation, through their publication on Cooper's website; by Cooper's clients; and through the unauthorized reproductions of the Subject Photographs by other third parties on the World Wide Web.

21. Cooper is informed and believes and thereon alleges that Defendants, and each of them, used and displayed the Subject Photographs on websites including, but not limited to, https://www.martinbrattrud.com/.

22. Cooper is informed and believes and thereon alleges that the photographs used by Defendants, shown above, used the same elements, composition, colors, arrangement, subject, lighting, angle, and overall appearance of the Subject Photographs and is identical or at least substantially similar to the Subject Photographs.

23. Cooper is informed and believes and thereon alleges that Defendants, and each of them, infringed Cooper's copyright by copying the Subject Photographs

and publishing and displaying the Subject Photographs to the public, including without limitation, on https://www.martinbrattrud.com/, without Cooper's authorization or consent.

24. Due to Defendants', and each of their, acts of infringement, Cooper has suffered general and special damages in an amount to be established at trial.

25. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Cooper's rights in the Subject Photograph. As such, Cooper is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photograph in an amount to be established at trial.

26. Cooper is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Cooper will make his election between actual damages and statutory damages.

## PRAYER FOR RELIEF

Wherefore, Cooper prays for judgment as follows:

### Against all Defendants, and Each:

<u>With Respect to Each Claim for Relief:</u>

a. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Cooper's copyright in the Subject Photographs, including, without limitation, an order requiring Defendants, and each of them, to remove the Subject Photographs from their respective websites, catalogs, marketing, and advertisement materials.

b. That Cooper be awarded all profits of Defendants, and each of them, plus all losses of Cooper, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, and, to the extent available, statutory damages as available under 17 U.S.C. § 504, 17 U.S.C, and other applicable law.

c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Cooper's intellectual property rights;

d. That Cooper be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e. That Cooper be awarded its costs and fees under the statutes set forth above;

f. That Cooper be awarded statutory damages and/or penalties under the statues set forth above;

g. That Cooper be awarded pre-judgment interest as allowed by law;

h. That Cooper be awarded the costs of this action; and

i. That Cooper be awarded such further legal and equitable relief as the Court deems proper.

Cooper demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: August 12, 2025          By: */s/ Stephen M. Doniger*
                                     Stephen M. Doniger, Esq.
                                     Nelson A. Campbell, Esq.
                                     DONIGER / BURROUGHS
                                     Attorneys for Plaintiff